it was true or false, and regardless of the injury which might ensue. It follows from what has been said that the plaintiff was not on the evidence entitled to recover from the defendant, and the judgment will be reversed but the cause will not be remanded.

*Judgment reversed with finding of facts.*

Finding of Facts: The court in this case finds as facts that it does not appear from the evidence either that the defendant falsely represented to plaintiff as -of its own knowledge that a boat would leave Santiago, Cuba, February 19, 1910, for Kingston, Jamaica, or that it represented to plaintiff that a boat would so leave on that day, recklessly, not knowing or caring whether it was true or false and paying no heed to the injuries which might ensue.

---

**Frank Waller, Defendant in Error, v. Cooke Brewing Company, Plaintiff in Error.**

**Gen. No. 18,644.   (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed February 2, 1914.

### Statement of the Case.

Action by Frank Waller against Cooke Brewing Company to recover three hundred and twenty-five dollars, being a part of seven hundred dollars alleged to have been deposited by plaintiff with defendant's cashier, John V. Cooke, for safe-keeping. From a judgment in favor of plaintiff for three hundred and twenty-five dollars, defendant brings error.

Defendant Brewing Company urges: That the money was not deposited with it but with John V.

Cooke, and therefore the Company is not liable, and that the money so deposited was repaid to plaintiff.

HARRY A. DAUGHERTY, for plaintiff in error.

BERNSTEIN & BERNSTEIN, for defendant in error.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

ASSUMPSIT, ACTION OF, § 89*—*when judgment for money deposited sustained by the evidence.* In an action against a Company to recover money deposited by plaintiff with defendant's cashier for safe-keeping, evidence *held* sufficient to sustain a finding that the money was deposited with the defendant Company and that the money had not been repaid.

---

### Thomas S. Crowe, Defendant in Error, v. Walter B. Templeton, Plaintiff in Error.

### Gen. No. 18,656.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed February 2, 1914.

### Statement of the Case.

Action by Thomas S. Crowe against Walter B. Templeton to recover $411.50 for professional services rendered by plaintiff to defendant and his family as a physician. From a judgment in favor of plaintiff for $139.50, defendant brings error.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.